In the Matter of the General Assignment of JOHN F. TAL-
MAGE and DANIEL TALMAGE, Individually and as Copart-
ners, Composing the Firm of DAN. TALMAGE's SONS, for the
Benefit of Creditors, to JOSEPH GILLET.

JOSEPH GILLET et al., Appellants; LAURA A. TALMAGE et al.,
Respondents.

*Matter of Talmage,* 39 App. Div. 466, affirmed.
(Argued January 8, 1900; decided January 23, 1900.)

APPEAL from an order and judgment of the Appellate
Division of the Supreme Court in the first judicial depart-
ment, entered, respectively, April 28 and May 15, 1899, which
modified an order of the Special Term confirming the report
of a referee, passing the accounts of Joseph Gillet, as
assignee.

*Charles E. Rushmore, Theron G. Strong* and *Roger S.
Baldwin* for appellants.

*Hector M. Hitchings* and *Melvin G. Palliser* for
respondents.

Judgment and order affirmed, with costs, on opinion below.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT,
HAIGHT, MARTIN and VANN, JJ.

———

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE
AMERICAN BANK NOTE COMPANY, Appellant, *v.* WILLIAM
J. MORGAN, Comptroller of the State of New York,
Respondent.

*People ex rel. Am. Bank Note Co.* v. *Morgan,* 45 App. Div. 86, affirmed.
(Argued January 8, 1900; decided January 23, 1900.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the third judicial department, entered
December 6, 1899, which reversed an order of the Special